# Exhibit A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**AMENDED COMPLAINT $75**
**September 12, 2025 13:07**

By: JOSEPH P. MORSE 0073298

Confirmation Nbr. 3614313

BLUE TRAIN, INC. ET AL

vs.

CITY OF CLEVELAND  ET AL

CV 25 124324

**Judge:**  PETER J. CORRIGAN

**Pages Filed:**  6

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

BLUE TRAIN, INC. dba )
PLAY BAR AND GRILL )
1051 WEST 10TH STREET, ) CASE NO: CV25124324
CLEVELAND, OHIO 44113 )
)
Plaintiff )
)
) JUDGE: PETER J. CORRIGAN
)
)
vs. )
)
CITY OF CLEVELAND )
601 LAKESIDE AVENUE )
CLEVELAND, OHIO 44114 )
)
and )
) **AMENDED**
MAYOR JUSTIN BIBB ) **VERIFIED COMPLAINT AND**
CITY OF CLEVELAND ) **MOTION FOR TEMPORARY**
601 LAKESIDE AVENUE ) **TEMPORARY RESTRAINING**
CLEVELAND, OH 44114 ) **ORDER**
)
and ) **[Ohio Civ.R.65]**
)
)
DOROTHY A. TODD )
CHIEF OF POLICE )
CITY OF CLEVELAND )
601 LAKESIDE AVENUE )
CLEVELAND, OHIO 44114 )
)
and )
)

DORNAT A. DRUMMOND )
CHIEF DIRECTOR OF PUBLIC SAFETY )
CITY OF CLEVELAND )
601 LAKESIDE AVENUE )
CLEVELAND, OHIO 44114 )
)
    and )
)
)
GEORGE KIMSON )
c/o WALTER HAVERFIELD, LLC. )
BRENDAN J. CARNEY, ESQ. )
W. THIRD STREET,  SUITE 300 )
CLEVELAND, OH 44113 )
)
    and )
)
FLATS EAST PHASE 1 RETAIL LLC. )
c/o WALTER HAVERFIELD, LLC. )
BRENDAN J. CARNEY, ESQ. )
W. THIRD STREET,  SUITE 300 )
CLEVELAND, OH 44113 )
)
            Defendants )

# I. INTRODUCTION

1. Plaintiff brings this action seeking immediate injunctive relief under Civ. R. 65 to prevent irreparable harm caused by Defendants' unlawful closure and boarding up of Plaintiff's business premises.

2. Unless restrained by this Court, Defendants' actions will cause Plaintiff immediate and irreparable injury, including loss of access to the premises, damage to property, and deprivation of lawful business operations.

## II. PARTIES

3.  Plaintiff, Blue Train Inc. dba Play Bar and Grill is the lawful owner/operator of the premises located at 1051 West 10th Street in Cleveland, Ohio.

4.  Defendant, City of Cleveland, is a municipal corporation with authority over public safety and code enforcement actions within city limits.

5.  Defendants Flats East Phase 1 Retail, LLC. and George Kimson, Jr. are the owner landlord and/or property management company in control of the lease at 1051 W. 10th Street.

## III. FACTUAL BACKGROUND

6.  On September 7, 2025, at approximately 6:15 p.m., a shooting occurred in the area of West 10th and West 11th Streets in Cleveland, Ohio.

7.  Plaintiff was not involved in or responsible for the shooting incident.

8.  At approximately 7:00 p.m. the same day, agents of the City of Cleveland notified the Plaintiff's that business located near the scene of the incident was to be boarded and closed.

9   At approximately 9:00 p.m. agents of the City of Cleveland under the direction of the City of Cleveland Division of Police boarded the premises located at 1051 West 10th Street.

10. The City acted without providing Plaintiff notice or an opportunity to be heard, and without lawful authority under the circumstances.

11. Plaintiff has been unable to access the business premises since the boarding, causing ongoing financial losses and reputational harm.

12. On September 11, 2025, Plaintiffs learned of crews removing the boarding that had been in place since Sunday, September 7, 2025.

13. Plainitiff, nor plaintiff's counsel, received any communication regarding these actions in removing the boarding.

14. Plaintiff, through counsel, made contact with the City of Cleveland Law Department.

15. During that conversation the City of Cleveland informed Plaintiff through counsel that the boarding was being removed because the City of Cleveland had been in discussions with representatives from Defendant, Flats East Phase 1 Retail, LLC.

16. The City of Cleveland informed Plaintiff's counsel that Flats East Phase 1 Retail, LLC, informed the city based on the events of July 7, 2025, that Flats East would "lockout" or "evict" Plaintiff from there place of business.

17. Plaintiff has received no notification of "lockout" or "eviction" actions from Flats East Phase 1 Retail, LLC., and/or George Kimson, Jr.

## IV. CLAIMS FOR RELIEF

Count I – Violation of Due Process Rights

18. By closing and boarding up Plaintiff's business without notice or hearing, Defendants deprived Plaintiff of property without due process of law, in violation of the Ohio Constitution and the Fourteenth Amendment to the United States Constitution.

Count II – Wrongful Interference with Business Operations

19. Defendants' actions unlawfully interfered with Plaintiff's lawful business operations, causing immediate and irreparable harm.

20. Defendant's actions are directly in breach of the lease that Plaintiff entered with Defendants Flats East Phase 1 Retail, LLC and George Kimson, Jr.

## V. REQUEST FOR TEMPORARY RESTRAINING ORDER

21. Plaintiff incorporates all prior paragraphs.

22. Unless restrained, Defendants' actions will continue to cause Plaintiff irreparable harm that cannot be remedied by monetary damages alone.

23. Pursuant to Civ. R. 65(A), Plaintiff seeks a Temporary Restraining Order prohibiting Defendants from continuing to board, close, or otherwise interfere with Plaintiff's business operations at 1051 West 10th Street, Cleveland, OH 44113.

## VI. VERIFICATION

I, Blue Train Inc. dba Play Bar and Grill verify under penalty of perjury that the foregoing factual statements in this Complaint are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*/s/ Joseph P. Morse*
JOSEPH P. MORSE (0073298)
323 W. Lakeside Avenue, Suite 220
Cleveland, Ohio 44113
Phone: (216) 241-0520
Fax:    (216) 241-6961
Email: jpm@jmorse-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "VERIFIED COMPLAINT AND MOTION

FOR TEMPORARY RESTRAINING ORDER" was served via electronic mail on this 10th day

of September, 2025 upon the following:

Mark Griffin
Chief Legal Officer
City of Cleveland
601 Lakeside Ave.
Cleveland, Ohio 44114

WALTER HAVERFIELD, LLC.
Brendan J. Carney, Esq.
W. Third Street, Suite 300
Cleveland, OH 44113
bcarney@walterhav.com

*/s/ Joseph P. Morse*
JOSEPH P. MORSE (0073298)
*Attorney for Plaintiff*