IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BLUE TRAIN, INC dba PLAY BAR AND GRILL | : CASE NO.: 1:25-cv-01950 |
| Plaintiff, | : JUDGE PATRICIA A. GAUGHAN |
| vs. | |
| CITY OF CLEVELAND, et al. | |
| Defendants. | |

*DENIED for the reasons stated in the Briefs in Opposition.*
*/s/ Patricia A. Gaughan*
*11/18/25*

### PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff, Blue Train, Inc., by and through undersigned counsel, respectfully moves this Court under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend its judgment entered on September 30, 2025 (Doc. 8). In Support of this Motion, Plaintiff relies on the accompanying Memorandum, incorporated herein as if fully rewritten.

As explained in the accompanying Memorandum, Plaintiff brings this motion on the basis of newly discovered evidence. Plaintiff also asserts the Court's decision was based on an error of law. For these reasons, Plaintiff respectfully requests that this motion be granted and 1) that the Court's order and Judgement of September 30, 2025 be vacated, and 2) that Plaintiff's Motion for Temporary Restraining Order be granted.

Respectfully submitted,

By: \S\ JOSEPH P. MORSE
**JOSEPH P. MORSE (0073298)**
323 W. Lakeside Avenue, Suite 220
Cleveland, Ohio 44113
Phone: (216) 241-0520
Fax:    (216) 241-6961
E-mail: jpm@jmorse-law.com

COUNSEL FOR PLAINTIFF