UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Blue Train, Inc., | ) | CASE NO. 1:25 CV 1950 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | **Judgment Entry** |
| City of Cleveland, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This Court, having issued its Memorandum of Opinion and Order granting the City Defendants' Motion for Judgment on the Pleadings (Doc. 11), hereby enters judgment for defendants City of Cleveland, Mayor Justin Bibb, Chief of Police Dorothy A. Todd, and Chief Director of Public Safety Dornat A. Drummond.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court